**FIRST DIVISION**
**BARNES, P. J.,**
**MERCIER and BROWN, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**July 29, 2021**

# In the Court of Appeals of Georgia

A19A1570. CANNON et al. v. OCONEE COUNTY.

BROWN, Judge.

In *Oconee County v. Cannon*, 310 Ga. 728 (854 SE2d 531) (2021), the Supreme Court of Georgia vacated our "decision" in *Cannon v. Oconee County*, 353 Ga. App. 296 (835 SE2d 753) (2019), "with direction to vacate the trial court decision and direct the trial court to make findings consistent with the appropriate test for application of relation-back as set forth in this opinion." 310 Ga. at 737 (3). Accordingly, we vacate our opinion, vacate the trial court's decision as directed by the Supreme Court of Georgia, and remand with direction for the trial court to make findings consistent with the Supreme Court of Georgia's opinion.

With regard to Division 3 of our former opinion, the Supreme Court of Georgia stated that

[this Court] may address the discovery sanction issue before remanding the case to the trial court; or, if the Court of Appeals determines that the issue is too connected with issues to be settled by the trial court on remand, it may elect to wait and address the discovery sanction issue only if the case comes before it again on a subsequent appeal.

310 Ga. at 737 (3), n.9. We choose the latter and will therefore wait to address this issue in any subsequent appeal that may come before us.

*Judgment vacated and case remanded with direction. Barnes, P. J., and Mercier, J., concur.*